UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
COBALT INDUSTRIAL CO., LTD.

              Plaintiff,                Civil Action No: _____

    -against-

INNOVATIVE TECHNOLOGY ELECTRONICS CORP.,

             Defendants.
———————————————————X



JUDGE KEENAN

'07 CIV 7944

RECEIVED SEP 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

### FRCP 7.1 STATEMENT

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, IN ORDER TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR COBALT INDUSTRIAL CO., LTD., (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS OF SAID PARTY, OR ARE PUBLICLY TRADED CORPORATIONS THAT OWN 10 PERCENT OR MORE OF ITS STOCK.

       **COBALT INDUSTRIAL (HOLDINGS) CO., LTD.**

DATE: September 10, 2007

                              FELDMAN LAW GROUP, P.C.
                              By:_____
                              Kenneth Feldman (6003)
                              12 East 41st Street
                              New York, New York 10017
                              (212) 532-8585