UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: FELDMAN LAW GROUP, P.C. - 1217

| | |
|---|---|
| COBALT INDUSTRIAL CO., LTD.<br><br>Plaintiff(s)<br><br>- against -<br><br>INNOVATIVE TECHNOLOGY ELECTRONICS CORP., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7944 (KEENAN)<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 14, 2007 at 02:59 PM at

4 ANCHOR WAY
PORT WASHINGTON, NY11050

deponent served the within true copy of the SUMMONS & COMPLAINT on INNOVATIVE TECHNOLOGY ELECTRONICS CORP., the defendant/respondent therein named,

**CORPORATION**   by delivering thereat a true copy of each to MR. JUSTIN YUEN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 32 | 5'10 | 165 |

Sworn to me on:  September 17, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 504131