UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: FELDMAN LAW GROUP, P.C. - 1217

| | |
|---|---|
| COBALT INDUSTRIAL CO., LTD.<br><br>Plaintiff(s)<br><br>- against -<br><br>INNOVATIVE TECHNOLOGY ELECTRONICS CORP., ETAL<br><br>Defendant(s) | Index #: 07 CIV 7944 (KEENAN)<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 14, 2007 at 02:22 PM at

20 CRESTWOOD ROAD
PORT WASHINGTON, NY 11050

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on EVAN DASH, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to MRS. AMY DASH a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. She identified herself as the WIFE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 33 | 5'6 | 150 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

20 CRESTWOOD ROAD
PORT WASHINGTON, NY 11050

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 17, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  September 17, 2007

| Linda Forman | Robin M. Forman | Larry Yee | BRIAN KLEINBERG |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 504125 |