UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
COBALT INDUTRIAL CO., LTD.                                07-CIV-7944

           Plaintiff,

    -against-                                **ORDER ON CONSENT**

INNOVATIVE TECHNOLOGY
ELECTRONICS, CORP.,
COREY LIEBLEIN AND EVAN DASH

          Defendants.
————————————————————X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-07

The time in which Defendant has to answer the complaint in this matter is hereby extended to October 18, 2007.

Dated: October 2, 2007

FELDMAN LAW GROUP, P.C.
Attorneys for the Plaintiff

By: _____
Kenneth Feldman (KF 6003)
12 East 41st Street
New York, NY 10017
212-532-8585

BAKER, SANDERS, BARSHAY,
GROSSMAN, FASS, MUHLSTOCK &
NEUWIRTH, LLC
Attorneys for the Defendants

By: _____
Todd D. Muhlstock (TM 2870)
150 Herricks Road
Mineola, New York 11501
516-741-4799

So Ordered,

_____
Honorable Judge John F. Keenan
U.S.D.J