UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
COBALT INDUSTRIAL CO., LTD.                       07-CIV-7944

              Plaintiff,

      -against-                                ORDER ON CONSENT

INNOVATIVE TECHNOLOGY
ELECTRONICS, CORP.,
COREY LIEBLEIN AND EVAN DASH

             Defendants.
--------------------------------X

    The time in which Defendant has to answer the complaint in this matter is hereby extended to November 1st 2007. This shall be the last extension of time to answer KF in this action.

Dated: October 17, 2007

FELDMAN LAW GROUP, P.C.                    BAKER, SANDERS, BARSHAY
Attorneys for the Plaintiff                GROSSMAN, FASS,
                                           MUHLSTOCK & NEUWIRTH, LLC
                                           Attorneys for the Defendants

By: _____                       By: _____
Kenneth Feldman (KF 6003)                  Todd D. Muhlstock (TM 2870)
12 East 41st Street                        150 Herricks Road
New York, NY 10017                         Mineola, NY 11501
                                           516-741-4799

10/19/07

So Ordered,
_____
Honorable Judge John F. Keenan
U.S.D.J.