# Baker, Sanders, Barshay, Grossman, Fass, Muhlstock & Neuwirth

**Attorneys and Counselors at Law**

150 Herricks Road, Mineola, NY 11501
Tel: 516-741-4799  *Fax: 516-746-8968

www.BakerSanders.com

11-27-2007

VIA FACSIMILE ONLY
212-805-7911
Honorable Judge Keenan
U.S. District Court
500 Pearl St., Room 1930
New York, NY 10007
**Request for adjournment**

NOV 26

**MEMO ENDORSED**

Re: **Cobalt Industrial Co. Limited, V Innovative Technology Electronics, Corp., Corey Lieblein and Evan Dash**, Docket number #07-CIV-7944

**Dear Honorable Sir:**

I represent the defendants in the above referenced matter. A pre-trial conference is currently scheduled in your part on November 29, 2007 at 9:45 A.M. This conference date is the original date given by the Court and has not been previously adjourned. I cannot attend due to a personal family medical obligation and will be with my family on November 29th and 30th. The plaintiff in this matter has declined to consent to the adjournment of this conference. In response to my request for an adjournment on consent citing the above reason, plaintiff's attorney responded, "We do not see the need to postpone the pretrial conference and will consent to allow Angelo Rizzo from your office to appear on consent". Mr Rizzo is not admitted in this jurisdiction and is not as familiar with this case as I am.

As the handling attorney with the most familiarity of the facts as well as having had predominantly most of the communications with the defendants in this matter, I respectfully request this adjournment based on the foregoing family medical obligation. If this request is granted, I can appear on any of the following days, 12/3, 12/5, 12/6. In the event these days are not possible, I respectfully defer to the Court's availability and schedule. Thank you in advance for your consideration of this request.

Respectfully yours,
Todd D. Muhlstock (TM2870)

CC: Via Facsimile Only
Law Offices of Stephen E. Feldman, P.C.
12 West 41st Street
New York, NY 10017
(f) 212-532-5898
(ph) 212-532-8585

*The matter is adjourned until December 6, 2007 at 10 AM.
So ordered
November 27, 2007
John F. Keenan
U.S.D.J.*