UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Cobalt Industrial Co. Ltd             :
                                      :
          v.                          :          ORDER
                                      :      07 Civ. 7944 (JFK)
Innovative Technology,                :
Electronics, Greg Lectern and         :
Evan Dean                             :
-----------------------------------X

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by _February 1, 2008_

Any amendment of the pleadings by _February 1, 2008_

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by _April 15, 2008_.

Next conference will be held on _April 21, 2008 at 10:15_.

Discovery supervision will be referred to Magistrate Judge _Ellis_.

SO ORDERED.

Dated:  New York, New York
        December 6, 2007

                                   _/s/ John F. Keenan_
                                   JOHN F. KEENAN
                                   United States District Judge