UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COBALT INDUSTRIAL CO., LTD.,

                      Plaintiff,

            - against -

INNOVATIVE TECHNOLOGY ELECTRONICS,
CORP, et al.,

                    Defendants.

**ORDER**

07 Civ. 7944 (JFK) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/08/08

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 7, 2008,

**IT IS HEREBY ORDERED** that the Parties appear before the Court for a subsequent conference on **February 14, 2008, at 3:00 p.m.**

**SO ORDERED this 8th day of February 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge